Marytza J. Reyes (SBN 218684)
  reyes@sanchez-amador.com
Brittaney de la Torre (SBN 318150)
  delatorre@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Defendant
Flowserve US Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THERESA OVERING, an individual<br><br>             Plaintiff,<br><br>       v.<br><br>FLOWSERVE U.S. INC., a Delaware Corporation<br><br>             Defendant. | Case No. 22-cv-00150<br><br>**DECLARATION OF MARYTZA J. REYES IN SUPPORT OF DEFENDANT FLOWSERVE US INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>*[LASC Case No. 21CMCV00324]* |

396784.1

# DECLARATION OF MARYTZA J. REYES

I, Marytza J. Reyes, do hereby declare as follows:

1. I am an attorney duly licensed to practice before the United States District Court for the Central District of California. I am a Partner in the law firm of Sanchez & Amador, LLP, counsel of record for Defendant Flowserve US Inc. in this matter. I have personal knowledge of the matters set forth below and if called and sworn as a witness I would truthfully testify thereto under oath.

2. Since being engaged to represent Defendant in this matter, I have corresponded by email with Plaintiff's counsel of record Edward C. Wilde using his email address of record in this action, ewilde@digitalmedialaw.com.

3. On December 17, 2021, I received an email from Mr. Wilde using his email address of record, with an attached document that sets forth the amount of alleged damages Plaintiff seeks to recover. Attached hereto and incorporated herein by reference as **Exhibit 5** is a true and correct copy of the email I received from Mr. Wilde on December 17, 2021, and its attached calculation of damages, titled "Theresa Overing Contract Damages." Plaintiff's calculation of damages reflects that she seeks a total of $921,986, not including general damages, attorney fees, and punitive damages. As reflected in Exhibit 5, Plaintiff's $921,986 total is comprised of separately calculated amounts for lost wages, future lost wages, lost retirement contributions, future lost retirement benefits, and other economic damages.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 7, 2022, in Pasadena, California.

/s/ Marytza J.Reyes
Marytza J. Reyes