Michael S. Overing, Esq. (SBN 143858)
  movering@digitalmedialaw.com
Edward C. Wilde, Esq. (SBN 144809)
  ewilde@digitalmedialaw.com
LAW OFFICES OF MICHAEL S. OVERING, APC
790 E. Colorado Blvd., Suite 320
Pasadena, CA 91101
(626) 564-8600 Tel
(626) 577-9400 Fax

Attorneys for Plaintiff Theresa Overing

Marytza J. Reyes (SBN 218684)
  reyes@sanchez-amador.com
Brittaney D. de la Torre (SBN 318150)
  delatorre@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Defendant Flowserve US Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THERESA OVERING, an individual<br><br>Plaintiff,<br><br>v.<br><br>FLOWSERVE US INC., a Delaware Corporation<br><br>Defendant. | Case No. 2:22-cv-00150 FLA-AGRx<br><br>**[PROPOSED] ORDER RE STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

414622.1

# [PROPOSED] ORDER

Pursuant to the Stipulated Request for Dismissal with Prejudice Pursuant to Settlement filed by the Parties under Federal Rules of Civil Procedure Rule 41, and good cause appearing therefore, the Court orders as follows:

The entire action is hereby DISMISSED.

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

414622.1

2

ORDER RE STIPULATED REQUESTS FOR DISMISSAL